


7/23/01
sc

# MINUTE SHEET OF PROCEEDINGS BEFORE
## J. ANDREW SMYSER, UNITED STATES MAGISTRATE JUDGE
### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| Caption | Civil No. | |
|---|---|---|
| DUNLAP v. CITY OF HARRISBURG | 1:01-CV-1061 | REFERRAL |

| Proceeding: | Case Management Conference - ~~in Person~~ Telephone |
|---|---|

| Set For: | July 20, 2001 | At: | 3:00 p.m. |
|---|---|---|---|

| Time Commenced: | 2:55 p.m. | Time Terminated: | 3:37 p.m. |
|---|---|---|---|

| For Plaintiff: | For Defendant: |
|---|---|
| Andrew Ostrowski, Esquire | Frank Lavery, Jr., Esquire |

**REMARKS:**

CMC

FILED
HARRISBURG
JUL 20 2001
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK