

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFFREY DUNLAP,** | : CIVIL ACTION - LAW |
| **Plaintiff** | : 1-01-cv-1001 |
| | : (Magistrate Judge Smyser) |
| **v.** | : |
| | : |
| **CITY OF HARRISBURG, et. al.** | : 42 U.S.C. 1983 |
| **Defendants** | : JURY TRIAL DEMANDED |

FILED

FEB 06 2002

PER _____
HARRISBURG, PA DEPUTY

### <u>MOTION FOR LEAVE TO DEPOSE A WITNESS CONFINED IN PRISON</u>

**AND NOW**, comes Plaintiff, through his attorney Andrew J. Ostrowski, Esquire, and in support of his Motion for Leave to Depose a Witness Confined in Prison, avers as follows:

1.      The parties have been engaged in discovery in the above action, with a discovery deadline of March 1, 2002.

2.      Plaintiff intends to depose a witness, Maurico Graves, who is currently incarcerated in the State Correctional Institution - Camp Hill, PA.  Mr. Graves is a material witness insofar as it is he who Defendants were purportedly pursuing under the facts and circumstances in Plaintiff's Complaint when the alleged unlawful acts occurred.

3.      Pursuant to Fed R. Civ. P. 30, leave of court is necessary to depose a witness confined in prison, and Plaintiff submits that cause exists for granting leave to depose Mr. Graves.

**WHEREFORE,** Plaintiff respectfully requests that this Court enter an appropriate order granting leave to depose Maurico Graves in this case.

Respectfully submitted,

Andrew J. Ostrowski, Esquire
I.D. No. 66420
4311 North Sixth Street
Harrisburg, PA 17110
(717) 221-9500
Attorney for Plaintiff

Dated: February 6, 2002

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEFFREY DUNLAP,                    : CIVIL ACTION - LAW
      Plaintiff                  :
                          :
    v.                             :
                          :
CITY OF HARRISBURG, et. al.        : 42 U.S.C. 1983
      Defendants                 : JURY TRIAL DEMANDED

## CERTIFICATE OF CONCURRENCE

I, Andrew J. Ostrowski, hereby certify that Counsel for Defendants concurs in the foregoing motion.

_____
Andrew J. Ostrowski
4311 North Sixth Street
Harrisburg, PA 17110
(717) 221-9500

Dated: February 6, 2002

## CERTIFICATE OF SERVICE

I, Andrew J. Ostrowski, hereby certify that I have served a true and correct copy of the

foregoing document by depositing such in the regular U.S. Mail, addressed as follows:

Frank J. Lavery, Jr., Esquire
Lavery & Associates, PC
301 Market Street
P.O. Box 1245
Harrisburg, PA 17108-1245

Andrew J. Ostrowski
4311 North Sixth Street
Harrisburg, PA  17110
(717) 221-9500

Dated: February 6, 2002