

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY DUNLAP,<br>     Plaintiff | : CIVIL ACTION - LAW<br>:    1-01-CV-1061<br>: |
| v. | :<br>: |
| CITY OF HARRISBURG, et. al.<br>     Defendants | : 42 U.S.C. 1983<br>: JURY TRIAL DEMANDED |

ORDER

(Doc. 18)

AND NOW, this 7th day of February, 2002, upon consideration of Plaintiff's Motion for an Enlargement of Time, it is hereby ORDERED, that the Motion is granted. It is further Ordered that the warden, or other appropriate person in the administration of the State Correctional Institution at Camp Hill, shall deliver the person of Maurico Graves up to Plaintiff in the captioned matter, and make him available for a deposition at a time and date to be agreed upon between the parties and the Institution.

BY THE COURT:

FILED
HARRISBURG, PA

FEB 8 2002

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

_____
Magistrate Judge J. Andrew Smyser