

3-15-02

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY J. DUNLAP, | : CIVIL NO. 1:CV-01-1061 |
| Plaintiff | : |
| v. | : |
| CITY OF HARRISBURG, *et al.*, | : |
| Defendants | : |

**ORDER**



FILED
MAR 1 5 2002
PER_____
HARRISBURG, PA  DEPUTY CLERK

This court has been advised that the parties to the captioned action have not consented to proceed before the magistrate judge. Therefore, this court will place the captioned case on its August 2002 trial list. Accordingly, **IT IS HEREBY ORDERED THAT**:

1) This case is placed on this court's August 2002 trial list. Jury selection for cases on the August list will begin at 9:30 a.m. on Monday, August 5, 2002, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Trials will commence following the completion of jury selections. A date certain for trial may be discussed at the pretrial conference; however, counsel are expected to be prepared to go forward with trial at anytime during the trial term.

2) Pretrial memoranda shall be filed on or before **noon on July 26, 2002**, in conformity with the local rules.

3) The pretrial conference will be held on **Friday, August 2 , 2002, at 3:30 p.m.** in the Judicial Conference Room adjacent to the chambers of Courtroom No. 3.

4) All other deadlines set forth in orders of Magistrate Judge Smyser remain unaltered.

SYLVIA H. RAMBO
United States District Judge

Dated: March 15, 2002.