

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY DUNLAP,<br>Plaintiff | : CIVIL ACTION - LAW<br>: 1:1-CV-1061<br>:<br>: Judge Rambo<br>: Judge Smyser ✓ |
| v. | |
| CITY OF HARRISBURG, et. al.<br>Defendants | : 42 U.S.C. 1983<br>: JURY TRIAL DEMANDED |

FILED
MAR 2 0 2002
PER ___
HARRISBURG, PA  DEPUTY CLERK

### PRAECIPE TO DISCONTINUE

Please discontinue the above-captioned matter with prejudice. The case has settled.

Respectfully submitted,

Andrew J. Ostrowski, Esquire
I.D. No. 66420
4311 North Sixth Street
Harrisburg, PA 17110
(717) 221-9500
Attorney for Plaintiff

Dated: March 20, 2002

1

# CERTIFICATE OF SERVICE

I, Andrew J. Ostrowski, hereby certify that I have served a true and correct copy of the foregoing document by depositing such in the regular U.S. Mail, addressed as follows:

Frank J. Lavery, Jr., Esquire
Lavery & Associates, PC
301 Market Street
P.O. Box 1245
Harrisburg, PA 17108-1245

_____
Andrew J. Ostrowski
4311 North Sixth Street
Harrisburg, PA 17110
(717) 221-9500

Dated: March 20, 2002